RECEIVED

JUN 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RONALD PARDEE | CIVIL ACTION NO.02-1812 |
| VERSUS | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |
| SMURFIT STONE CONTAINER<br>CORPORATION, ET AL | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for Partial Summary Judgment on the Issue of Intentional Tort filed by defendants APCom Power, Inc., Smurfit Stone Container Corporation, and Stone Container Corporation in this matter (Document No. 120) be **GRANTED**.

It is FURTHER ORDERED, ADJUDGED, AND DECREED that the plaintiffs' claims against APCom Power, Inc, are dismissed with prejudice.

THUS DONE AND SIGNED this 21 day of June, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION