RECEIVED

JUL 0 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RONALD PARDEE | CIVIL ACTION NO. 02-1812 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SMURFIT STONE CONTAINER CORP, ET AL. | MAG. JUDGE KAREN L. HAYES |

## AMENDED JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, after a de novo review of the entire record, specifically including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Partial Summary Judgment on the Issue of intentional tort, filed by Defendants APCom Power, Inc., Smurfit Stone Container Corporation, and Stone Container Corporation in this matter [Doc. No. 120] be GRANTED.

It is FURTHER ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' claims against APCom Power, Inc., are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 1 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE